UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-59-BO

UNITED STATES OF AMERICA,

v.

ARRON WADE JONES

ORDER

IT IS HEREBY ORDERED that Defendant, Arron Jones, is allowed to adopt the Motion for Early Disclosure of Grand Jury Material and Incorporated Memorandum of Law [DE-143] filed by his co-defendants in the above-captioned case on January 8, 2013.

SO ORDERED this the 22 day of January, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE