UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:12-CR-59-BO-4

UNITED STATES OF AMERICA

v.

ARRON WADE JONES

ORDER TO SEAL

On motion of Defendant, Arron Wade Jones, and for good cause shown, it is hereby ORDERED that the Motion to Dismiss Counts 161-180, 182, and 185-186 of the Amended Indictment for Failure to State an Offense and Incorporated Memorandum of Law [DE-175] and Exhibit A to that motion [DE-175-1], be sealed until further notice by this Court.

IT IS SO ORDERED.

This __14__ day of __March__, 2013.

TERRENCE W. BOYLE
United States District Judge