UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:12-CR-59-BO-4

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER TO SEAL |
| V. | ) |
| | ) |
| ARRON JONES | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry No. 179 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

SO ORDERED, this **14** day of March, 2013.

TERRENCE W. BOYLE
United States District Judge