UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-59-BO-4
No. 4:12-CR-59-BO-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | CORRECTED |
| v. | ) ) | ORDER FOR DISMISSAL |
| ARRON JONES | ) | |
| KEVIN DAIL OWENS | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 4:12-CR-59-BO as to the above named defendants only in light of newly obtained information.

THOMAS G. WALKER
United States Attorney

BY: /s/ Jennifer E. Wells
JENNIFER E. WELLS
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
E-mail: jennifer.e.wells@usdoj.gov
NC State Bar No. 35649

Leave of Court is granted for the filing of the foregoing dismissal.

TERRENCE W. BOYLE
United States District Judge

Date: 3-21-13